BEFORE: WILLIAM D. WALL  DATE:  11/14/07

UNITED STATES MAGISTRATE JUDGE  TIME:  10:30 AM

DOCKET NO.  CV 07-3571  ASSIGNED JUDGE: BIANCO

CASE NAME:  KRAEUTER V. DAVID LERNER ASSOCIATES, INC.

CIVIL CONFERENCE

Initial  X   Status ___   Settlement ___   Pretrial ___   Other ___

APPEARANCES:  Plaintiff   Marc Wenger


  Defendant


**SCHEDULING:** The next __ conference will be held on __ at __.

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐ Referred to mediation by separate order.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

X Other: Plaintiff reports that the case has settled. A stipulation of discontinuance will be electronically filed by the parties.

  SO ORDERED

   /s/William D. Wall
  WILLIAM D. WALL
  United States Magistrate Judge