# LOCKS LAW FIRM
PLLC

110 East 55th Street
New York, New York 10022
T 212.838.3333
T 866.LOCKSLAW
F 212.838.3735
lockslaw.com

February 22, 2008

**VIA ECF**

Hon. William Wall
United States District Court
 Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014

    Re:    *Kraeuter v. David Lerner & Associates, Inc.*
               *Case No. 07-3571*

Dear Judge Wall:

    Our office represents the Plaintiff in the above-referenced class action case and writing to provide this status report pursuant to the Court's February 14, 2008 Order.

    Defendant's counsel has authorized me to advise the court that the parties are nearing completion of the final settlement papers. We have forwarded the settlement agreement to the Plaintiff for his signature. Accordingly, the parties anticipate filing these settlement documents within the next ten days.

                                                                         Respectfully submitted,

                                                                        Fran L. Rudich

cc:    Marc Wenger, Esq. (via ECF)

PHILADELPHIA, PA    CHERRY HILL, NJ    MEDIA, PA